AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Greg Rubenacker<br><br><br>*Defendant* | )<br>)<br>)  **Case: 1:21-mj-00172**<br>)  **Assigned to: Judge Zia M. Faruqui**<br>)  **Assign Date: 1/27/2021**<br>)  **Description: COMPLAINT W/ ARREST WARRANT**<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Greg Rubenacker _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; 40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on
Capitol Grounds

2021.01.27
17:58:22 -05'00'

Date:      01/27/2021
_____
*Issuing officer's signature*

City and state:        Washington, D.C.
_____
Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*  Jan 28 2021, and the person was arrested on *(date)*  Feb 9 2021<br>at *(city and state)*  Farmingdale, NY .<br><br>Date:  Feb 9 2021<br><br>_____<br>*Arresting officer's signature*<br><br>SA  Kevin Gallagher<br>*Printed name and title* |