NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number   1:21-cr-193-BAH-1

**GREG RUBENACKER**
              (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz  DC Bar No. 451557
*(Attorney & Bar ID Number)*

Price Benowtiz LLP
*(Firm Name)*

409 Seventh Street NW, Suite 200
*(Street Address)*

Washington      DC        20004
*(City)        (State)      (Zip)*

(202) 271-5249
*(Telephone Number)*