**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMIBA**

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| **v.** | ) ) | Criminal No. 21-cr-193-BAH-1 |
| **GREG RUBENACKER** | ) ) ) | |
| **Defendant.** | ) ) | |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Defendant Greg Rubenacker, by and through undersigned counsel, pursuant to LCrR 44.1(d), moves for the admission of Michaelangelo Matera, Esquire, *pro hac vice* in the above captioned matter. This motion is supported Mr. Matera's affidavit, attached to this motion.

As set forth in Mr. Matera's affidavit, he is admitted and an active member in good standing of the State of New York, and is licensed to practice in the United States District Courts for the Eastern and Southern Districts of New York.

Undersigned counsel, an active member of the Bar of this Court, sponsors Mr. Matera's application to appear *pro hac vice* in this matter.

Respectfully submitted,

\_\_\_/s/_____
David Benowitz
DC Bar No. 4515457
Price Benowitz LLP
409 7th Street NW, Suite 200
Washington, DC   20004
(202) 271-5249 (c)
(202) 664-1331(f)
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of July 2021, I caused a true and correct copy of the foregoing Moton for Admission of Attorney *Pro Hac Vice* to be delivered via CM/ECF to all parties in this matter.

                                          ___/s/_____
                                          David Benowitz