NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                            Criminal Number  1:21-cr-193-BAH-1

**Greg Rubenacker**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐  CJA        ☒  RETAINED        ☐  FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Michaelangelo Matera (MM1586)
*(Attorney & Bar ID Number)*
The Matera Law Firm
*(Firm Name)*
560 Broadhollow Road, Suite 303
*(Street Address)*
Melville, New York 11747
*(City)     (State)     (Zip)*
(516) 741-6700
*(Telephone Number)*