UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                             Criminal Case No. 21-193-BAH-1

        v.

GREG RUBENACKER

        Defendant.

-----------------------------------------------------------------x

## MOTION TO MODIFY CONDITIONS OF RELEASE

      Defendant Greg Rubenacker, by and through his attorneys, The Matera Law Firm, moves this Court to enter an Order modifying the conditions of release, to allow the Defendant to travel to the adjoining Southern District of New York, in particular, New York County, and to remove or modify the curfew previously set in order to allow the Defendant to continue pursuing his career as a recording artist. In support thereof, the Defendant states as follows:

      1.     The Original Order setting the conditions of release was entered on March 2, 2021.

      2.     Defendant is currently being supervised by the US Pretrial Services Office in the Eastern District of New York.

      3.     Defendant has been fully compliant with all of the conditions of release since the time of the entry of the Original Order.

      4.     Defendant now seeks modification of the Original Order, specifically Condition Numbers 7(f) and 7(p), to allow the Defendant to travel to the adjoining Southern District and in particular, New York County and to either remove or modify the current curfew as Defendant is

a recording artist that records music at recording studios in New York County several days per week with such recording sessions typically commencing between 10:00 and 11:00 pm and thereafter lasting for several hours.

5. The current Conditions do allow the Defendant to travel outside of the District with permission each time which poses an issue as Defendant does not always know when he will be called to a recording session which is usually based on when time slots are available or become available, and such notification is often an hour or so before at which time it is not practicable to reach the Pretrial Services Officer.

6. Defendant and counsel have consulted with the Pretrial Services Officer, Brian Manganaro, who indicated that Mr. Rubenacker has been compliant and that he would have no objection to this request.

7. The Government, by Assistant United States Attorney Troy Edwards has indicated that it does not object to this request for modification.

WHEREFORE, for the foregoing reasons, Defendant requests that this Court enter an Order modifying the current Conditions of Release as set forth herein.

Dated this 12th day of July, 2021.

                                                             /s/
                                Michaelangelo Matera (MM1586)

                                The MATERA Law Firm
                                560 Broadhollow Road, Suite 303
                                Melville, New York 11747
                                Telephone:   (516) 741-6700
                                Facsimile:    (516) 741-6797
                                E-mail:  MMatera@materalaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of Defendant's Motion to Modify Conditions of Release was electronically filed on the Court's electronic filing system on July 13, 2021,

Dated this 13th day of July, 2021.

                                                       _____/s/_____
                                                       Michaelangelo Matera (MM1586)

                                                       The Matera Law Firm
                                                       560 Broadhollow Road, Suite 303
                                                       Melville, New York 11747
                                                       Telephone:    (516) 741-6700
                                                       Facsimile:     (516) 741-6797
                                                       E-mail:  MMatera@materalaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                    Criminal Case No. 21-193-BAH-1

v.

GREG RUBENACKER,
                        Defendant.

-----------------------------------------------------------------x

## ORDER

Upon consideration od Defendant's motion to Modify the Conditions of Release, it is hereby,

**ORDERED**, that Defendant's motion is granted; and it is hereby,

**FURTHER ORDERED**, that Condition Number 7 (f) be modified to permit travel to the Southern District of New York; and it is hereby,

**FURTHER ORDERED**, that Condition Number 7 (p) be modified to remove the curfew requirement on nights when Defendant is in the recording studio.

Dated: _____                    _____
                                            **BERYL A. HOWELL**
                                            Chief United States District Judge