UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                          Criminal Case No. 21-CR-193-BAH-1

        v.

GREG RUBENACKER

        Defendant.

-----------------------------------------------------------------x

## CONSENT MOTION TO ADJOURN CONFERENCE

Defendant Greg Rubenacker, by and through his attorneys, The Matera Law Firm, moves this Court to enter an Order adjourning the status hearing currently scheduled for September 30, 2021 to September 29, 2021 at 11:30. In support thereof, the Defendant states as follows:

1. The status hearing was originally scheduled for October 1, 2021.

2. The parties recently received word that the Court is not available for the originally scheduled date and that the matter was being adjourned to September 30th at 11:30.

3. Unfortunately, I am engaged already on a hearing that date and time.

4. Accordingly, for the reasons stated, we respectfully request an adjournment of the September 30th date to September 29th at 11:30.

5. I have spoken with the Government and they are aware of and consent to this request.

6. The parties also jointly request that time be excluded under the Speedy Trial Act until the September 29, 2021 conference in the interest of justice.

WHEREFORE, for the foregoing reasons, Defendant requests that this Court enter an Order granting the adjournment of the hearing date to September 29, 2021 at 11:30 am.

Dated this 22nd day of July, 2021.

                                                                /s/
                                        Michaelangelo Matera (MM1586)

                                        The Matera Law Firm
                                        560 Broadhollow Road, Suite 303
                                        Melville, New York 11747
                                        Telephone:    (516) 741-6700
                                        Facsimile:     (516) 741-6797
                                        E-mail:  MMatera@materalaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's Motion was electronically filed on the Court's electronic filing system on July 13, 2021,

Dated this 22nd day of July, 2021.

                                                    _____/s/_____
                                                    Michaelangelo Matera (MM1586)

                                                    The Matera Law Firm
                                                    560 Broadhollow Road, Suite 303
                                                    Melville, New York 11747
                                                    Telephone:    (516) 741-6700
                                                    Facsimile:     (516) 741-6797
                                                    E-mail:  MMatera@materalaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                        Criminal Case No. 21-CR-193-BAH-1

      v.

GREG RUBENACKER,

                        Defendant.

-----------------------------------------------------------------x

## ORDER

Upon consideration od Defendant's motion to adjourn the status hearing currently scheduled for September 30, 2021, it is hereby,

**ORDERED**, that Defendant's motion is granted; and it is hereby,

**FURTHER ORDERED**, that the hearing is adjourned to September 29th at 11:30 am; and it is hereby,

**FURTHER ORDERED**, that time be excluded under the Speedy Trial Act until the September 29, 2021 conference in the interest of justice.

Dated: _____                         _____
                                                                   **BERYL A. HOWELL**
                                                                    Chief United States District Judge