UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA　　　　　　　　　　Criminal Case No. 21-193-BAH-1

v.

GREG RUBENACKER

　　　　　　　　　Defendant.

-----------------------------------------------------------------x

## NOTIFICATION OF DEFENDANT'S POSITION AS TO THE RELEASE OF THE EXHIBITS SUBMITTED BY THE GOVERNMENT FOR PLEA PURPOSE

The Defendant, by his attorney, Michaelangelo Matera, has no objection to exhibits submitted by the Government for the purposes of the plea hearing currently scheduled for February 11, 2022, to be made publicly available.

Respectfully submitted,

*[signature]*

MICHAELANGELO MATERA

The Matera Law Firm
560 Broadhollow Road
Suite 202
Melville, NY 11747
mmatera@materalaw.com
(516) 741-6700

*Counsel for Greg Rubenacker*