**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

----------------------------------------------------------------x

UNITED STATES OF AMERICA                    Criminal Case No. 21-CR-193-BAH-1

                v.

GREG RUBENACKER,

                        Defendant.

----------------------------------------------------------------x

**<u>MOTION TO ADJOURN SENTENCING HEARING</u>**

Defendant Greg Rubenacker, by and through his attorneys, The Matera Law Firm, moves this Court to enter an Order adjourning the sentencing hearing currently scheduled for May 13, 2022 to May 20, 2022. In support thereof, the Defendant states as follows:

1.      The hearing is currently scheduled for May 13, 2022.

2.      Counsel has been preparing the sentencing memorandum which, as per the Court's rules, is due to be filed on April 29, 2022.

3.      I recently started a trial which is still going on and need some additional time to complete the sentencing memorandum.

4.      I am also still waiting on a report from a counselor that the Defendant is treating with which we intend on including in our submission. It is my understanding that we should be receiving it shortly.

5.      Accordingly, for the reasons stated, Defendant respectfully requests an adjournment of the May 13, 2022 hearing to May 20, 2022.

6.      I have spoken with the Government and they are aware of this Motion and do not object to it and indicated that they will defer to Your Honor.

WHEREFORE, for the foregoing reasons, Defendant requests that this Court enter an Order granting the adjournment of the hearing scheduled for May 13, 2022 to May 20, 2022. Dated this 27th day of April, 2022.

                                    /s/
                        _____
                        Michaelangelo Matera (MM1586)

                        The Matera Law Firm
                        560 Broadhollow Road, Suite 303
                        Melville, New York 11747
                        Telephone:     (516) 741-6700
                        Facsimile:      (516) 741-6797
                        E-mail:  MMatera@materalaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of Defendant's Motion was electronically filed on the Court's electronic filing system on April 27, 2022.

Dated this 27th day of April, 2022.

_____/s/_____

Michaelangelo Matera (MM1586)

The Matera Law Firm
560 Broadhollow Road, Suite 303
Melville, New York 11747
Telephone:     (516) 741-6700
Facsimile:      (516) 741-6797
E-mail:  MMatera@materalaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

----------------------------------------------------------------x

UNITED STATES OF AMERICA          Criminal Case No. 21-CR-193-BAH-1

         v.

GREG RUBENACKER,
                    Defendant.

----------------------------------------------------------------x

**ORDER**

Upon consideration of Defendant's motion to adjourn the sentencing hearing currently scheduled for May 13, 2022, it is hereby,

**ORDERED**, that Defendant's motion is granted; and it is hereby,

**FURTHER ORDERED**, that the hearing is adjourned to May 20, 2022.

Dated: _____                   _____

                                        **BERYL A. HOWELL**
                                        Chief United States District Judge