UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-00193-BAH |
| : | |
| GREG RUBENACKER, : | |
| : | |
| Defendant. : | |

## NOTIFICATION OF DEFENDANT'S POSITION AS TO THE AVAILABILITY OF CERTAIN EXHIBITS SUBMITTED BY THE GOVERNMENT

The Defendant, by his attorney, Michaelangelo Matera, is hereby notifying this Court that he has no objection to Exhibits 16 – 23 being made publicly available.

Dated: Melville, New York
May 17, 2022

Very Truly Yours,

MICHAELANGELO MATERA

The Matera Law Firm
560 Broadhollow Road
Suite 202
Melville, NY 11747
mmatera@materalaw.com
(516) 741-6700

*Counsel for Greg Rubenacker*