UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

UNITED STATES OF AMERICA             Criminal Case No. 21-CR-193

v.

GREG RUBENACKER,

                Defendant.

-----------------------------------------------------------x

## NOTICE OF APPEAL

Name and address of appellant:        Greg Rubenacker
                                                     107 Greenway Drive
                                                     Farmingdale, New York 11747

Name and address of appellant's attorney:   The Matera Law Firm
                                                       By: Michaelangelo Matera
                                                       560 Broadhollow Road, Suite 303
                                                       Melville, New York 11747

Offense:   Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting or Impeding Certain Officers; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Engaging in Physical Violence in a Restricted Building or Grounds; Impeding Passage Through the Capitol Grounds or Buildings; Act of Physical Violence in the Capitol Grounds or Buildings; and Parading, Demonstrating or Picketing in a Capitol Building.

Statement of Judgment with date and sentence:

        Defendant was sentenced to 41 months incarceration on count 2 of the Superseding Indictment, to be served concurrently with the sentences on counts 1 and 3-10 on May 26, 2022.

Name of institution where now confined, if not on bail:     Currently out on bail.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

I am also requesting that counsel be assigned to me for the purpose of this appeal as I am indigent and unable to afford the services of an attorney.

Dated:        June 7, 2022

Greg Rubenacker

Michaelangelo Matera (MM1586)

The Matera Law Firm
560 Broadhollow Road, Suite 303
Melville, New York 11747
Telephone:    (516) 741-6700
E-mail:  MMatera@materalaw.com

Govt. Appeal, No Fee          ___
CJA, No Fee                   ___
Paid USDC Fee                 ___
Paid USCA Fee                 ___
Does counsel wish to appear on appeal?     No
Has counsel ordered transcripts?           No

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's Motion was electronically filed on the Court's electronic filing system on June 8, 2022.

Dated this 8th day of May, 2022.

Michaelangelo Matera (MM1586)

The Matera Law Firm
560 Broadhollow Road, Suite 303
Melville, New York 11747
Telephone:    (516) 741-6700
E-mail:  MMatera@materalaw.com