UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA                    Criminal Case No. 21-CR-193-BAH

v.

GREG RUBENACKER,

                        Defendant.

-----------------------------------------------------------------x

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Defendant Greg Rubenacker, by and through his attorneys, The Matera Law Firm, moves this Court to for an Order granting him permission to appeal *in forma pauperis*. In support of the Motion, Defendant avers that:

1. I am trial counsel for the Defendant, Greg Rubenacker, in connection with the instant matter.

2. On this same date, we have filed a Notice of Appeal on behalf of Mr. Rubenacker.

3. As can be seen from the affidavit of Mr. Rubenacker annexed hereto, he is unable to afford the fees associated with the filing of the appeal due to his lack of any meaningful income.[1]

WHEREFORE, Defendant, Greg Rubenacker, by and through the undersigned respectfully requests that he be allowed to proceed *in forma pauperis* without payment of the docket fees or posting a bond for them.

---

[1] Mr. Rubenacker's lack of income has left him without the inability to afford appellate counsel and as such, he will be seeking the appointment of counsel for purposes of the appeal in the Court of Appeals.

Respectfully submitted this 8th day of June, 2022.

Michaelangelo Matera (MM1586)

The Matera Law Firm
560 Broadhollow Road, Suite 303
Melville, New York 11747
Telephone:   (516) 741-6700
E-mail:  MMatera@materalaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant's Motion was electronically filed on the Court's electronic filing system on May 18, 2022.

Dated this 8th day of June, 2022.

Michaelangelo Matera (MM1586)

The Matera Law Firm
560 Broadhollow Road, Suite 303
Melville, New York 11747
Telephone:    (516) 741-6700
Facsimile:    (516) 741-6797
E-mail:  MMatera@materalaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

UNITED STATES OF AMERICA              Criminal Case No. 21-CR-193-BAH

v.

GREG RUBENACKER,
                        Defendant.

-----------------------------------------------------------------x

## ORDER

Upon consideration of Defendant's motion to appeal *in forma* pauperis, it is hereby,

**ORDERED**, that Defendant's motion is _____.


Dated: _____

                                          _____
                                          **BERYL A. HOWELL**
                                          Chief United States District Judge