Attn Head Clerk

Dear Friend

You will find enclosed one (1) set of orginal papers for filings into case no. 1:21-cr-00193-BAH and one (1) set of copy of the orginals. Please return the copy to me in the enclosed stamped envolope

Date 10/18/2022

Greg Rubenacker

without prejudice

UCC 1-308

RECEIVED
Mail Room

OCT 2 4 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Leave to file GRANTED

Beryl A. Howell    Date 10/28/2022
Chief Judge
United States District Court

Trust Res

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America
          Plaintiff

V

GREG RUBENACKER
     Defendant

Case no. 1:21-Cr-00193-BAH

Motion for New Discovery under Federal
              Rule 33,
         (28 USC 2255, H(1))



Special Deposit, Trust Res

Motion for New Discovery under Federal Rule 33 to be entered into the court by way of interogatory questions to the U.S. Attorney.

Comes now by special appearence Greg-Rubenacker, Marguerite-Rubenacker Son in whom she created me in the image and likeness of Her and my Father Peter-Rubenacker.

I am moving that court under Federal rule 33. to allow the entry of Newly Discovery of information that would have had a direct affect on my decision to plead guilty.

Trust Res
Pg 1

This will be in the best interest of Justice.

The following statements are the Newly Discovered information that I am bringing forth under Federal Rule 33.

1. The 1787 Consitution of the United States for America, Article III, Section 1, did not give Congress the power to create another form of government with its own court, such as the United States District Court.

Trust Res
Pg I

2. The United States District Court was called United States Federal District Court, until there was a major ruling in 1971 by Justice William H. Rehnquist of the Supreme Court, of the United States ruled, that they could not use the term Federal because they are not Federal.

3. The United States District Court is a private for profit corporation. (It is not government owned).

Trust RES
pg 3

4. This Court was created in 1871, along with the new form of government without the backing of the 1787 Consitvtion of the united States for America. This Court was created 44 years after 1787 Consitution.

5. In the same ruling of Justice William H. Rehnqvist in 1971, he also ruled that 100% of all state and federal prisons are Volvnteered.

6. The United States District Court's way of doing bvsiness for profit as a Corporation. is violating their own copyright title 18 USC 1781 Under Hague Convention.

Trust Res
Pai1

7. This Court is not registered under the Foreign Registration Act of 1939, under the Department of Justice.

These seven (7) Newly Discovered information, sets the ground for dismissal due to the fact if I knew about this information, I would of never plead guilty.

Accompaning this motion, there is a seven (7) Question interogatory questionire for the U.S. Attorney to answer and return in a timely fashion. Please order the U.S. Attorney to answer the interogatory questionire under

Trust Res
pg 5

Penalty and perjury, and return in a

timely fashion.

Date 10/18/2022

Greg Rubenacker
Without Prejudice UCC1-308
Seal

Trust Res
pg 6

## Interogatory Questionire

This is an interogatory Questionire under Federal Rule 33, New Discovery. Please answer each Question by circling true or false. Failure to answer and retun according to the court order will result in All Questions as true. If you do answer the Questions, you will be answering under penalty and perjury.

Special Deposit, Trust Res
pg 1

1. The 1787 Consitution of the United States for America, Article III, Section 1, did not give Congress the power to create another form of government with its own Court, such as the United States District Court. True or False

2. The United States District Court was called United States Federal District Court, until there was a major ruling in 1971 by William H. Rehnquist, Justice of the Supreme Court, of the United States ruled, that they could not use the term Federal because they are not Federal
True or False

Trust Res
Pg 2

3. The United States District Court is a private for profit corporation. CIt is not government owned.
True or False

4. This Court was created in 1871, along with the new form of government without the backing of the 1787 Consitution of the United States for America. This Court was created 94 years after the 1787 Consitution.
True or False

5. In the same ruling of Justice William H. Rehnquist in 1971, he also ruled that 100% of all State and federal prisons are voluntered
True or False
Trust Res
pg 13

6. The United States District Court's way of doing business for profit as a corporation, is violating their own copyright Title 18 USC 1781 under Hague convention.
True or False

7. This Court is not registered with the foreign Registraction under the Foreign Registration Act of 1939, under the Department of Justice
True or False

Under penalty and perjury, I have answered this interogatory Questionire

U.S. Attorney Signature _____
Date _____

Special Deposit, Trust Res                                    pg 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America
 Plaintiff

V

Greg Rubenacker
 Defendant

Case no. 1:21-cr-00193-BAH

Motion to terminate and remove Counsel from the record

Comes now by Special appearence to move this

Court to terminate and remove Michaelangelo Matera from the record of this case

Date 10/18/2022              Greg Rubenacker
                             Without prejudice UCC#308

Special Deposit, Trust Res
pg 1

Certificate of Service

I certify that I have sent a copy of the Motion for New Discovery under Federal Rule 33, Interogatory Questionire, and Motion to Terminate and Remove Counsel from the record to the U.S. Attorney at 555 4th Street, NW Washington D.C. 20001 by U.S. Mail on 10/18/2022

*Greg Rubenacker*
Without Prejudice VCC1-308

Greg Rubenacker
FCI Allenwood Low
P.O. Box 1,000
White Deer PA 17887-0000

Troy A. Edwards Jr.
Assistant United States Attorney
U.S. Attorney's office, District of Columbia
555 4th Street, NW
Washington, D.C. 20001

Trust Res