# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Crim. No. 21-193 (BAH)** |
| ) | |
| **GREG RUBENACKER.** ) | |
| ) | |

## JOINTLY PROPOSED SCHEDULE
## TO GOVERN FUTURE PROCEEDINGS

Mr. Greg Rubenacker, through undersigned counsel, and the United States, through its undersigned representative, state the following:

On February 11, 2022, Mr. Rubenacker was convicted, following his plea of guilty, on all counts of a ten-count superseding indictment including the charge, in Count Two, of Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2, along with two other felony charges—Civil Disorder, in violation of 18 U.S.C. § 231(a)(3) (Count One), and Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1) (Count Three)—and seven misdemeanor offenses. ECF 95, p. 1-2 (citing Judgment at 1–2, ECF No. 77; Supers. Indictment at 1–5,

1

ECF No. 33; Plea Hr'g Tr. at 30:1–3, 46:6–49:9, ECF No. 94.).

On May 26, 2022, the Court sentenced Mr. Rubenacker to 41 months' imprisonment on each of counts One through Three, 12 months' imprisonment on each of counts Four through Six, and 6 months' imprisonment on counts Seven through Ten, all to be served concurrently. ECF 77 (Judgment). The Court sentenced him to 36 months' supervised release on Counts One through Three and 12 months' on Count Four through Six, all to be served concurrently. *Id.* Mr. Rubenacker appealed.

On September 20, 2024, the United States Court of Appeals for the District of Columbia Circuit vacated Mr. Rubenacker's conviction on Count Two, Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2, and remanded the case to the district court for further proceedings. USCA Case 22-3036, Document 2076087.

On September 23, 2024, the Court issued an Order directing the parties to submit, by September 30, 2024, a jointly proposed schedule to govern further proceedings in this matter. 9/23/24 Minute Order. Subsequently, on September 27, 2024, the Court directed the parties

to explain their positions about the scope of the mandate. 9/27/24 Minute Order (directing the parties to explain their positions on 1) whether the D.C. Circuit's mandate permits *de novo* resentencing on the remaining convictions; 2) if not, whether the Judgment should be merely amended to reflect the vacatur, and; 3) if so, whether a new sentencing would be necessary or warranted.).

Counsel for the defendant and government have conferred.

<u>The defense position</u>: The defendant has separately moved the Court to amend the Judgment to reflect the vacatur of Count Two without resentencing on the remaining convictions. Therefore, the scope of the mandate is not relevant in this case.

<u>The government's position</u>:

The government will file a response to the Court's questions separately.

Respectfully submitted,

| | |
|---|---|
| A. J. KRAMER<br>FEDERAL PUBLIC DEFENDER | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY |
| _____/s/_____<br>SANDRA ROLAND<br>Asst. Federal Public Defender<br>625 Indiana Avenue, N.W.<br> Suite 550 | _____/S/_____<br>KATERINE E. BOYLES<br>Asst. United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20001 |

Washington, D.C.  20004
(202) 208-7500
sandra_roland@fd.org

(203) 931-5088
katherine.boyles@usdoj.gov

4